J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (Fax)

Colin Smith (*pro hac vice*)
Robert Tonn (*pro hac vice*)
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
312-263-3600
312-578-6666 (Fax)

*Attorneys for Defendant Bridgestone Americas Tire Operations, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| AARON RICHARD,<br>      Plaintiff,<br><br>vs.<br><br>BRIDGESTONE AMERICA TIRE OPERATIONS, LLC; FEDEX GROUND PACKAGE SYSTEM, INC.; and JOHN DOE CORPORATIONS 1-3<br><br>      Defendants. | Civil No. 18-CV-112-SWS<br><br>**DEFENDANT BRIDGESTONE AMERICAS' MOTION FOR SUMMARY JUDGMENT** |

Defendant Bridgestone Americas Tire Operations, LLC ("Bridgestone Americas") hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56(a), for summary judgment on all claims against it in this matter.

As is more fully set forth in the accompanying memorandum and exhibits, all parties in this case have now disclosed their retained expert witnesses and the reports of those witnesses. Those disclosures and reports make it clear that no expert witness endorsed by any party in this case will contend that the product at issue was defective, deficient, or inadequate as originally produced and sold by Bridgestone Americas nor will any of them contend that Bridgestone Americas acted improperly with respect to that product. As expert testimony would be required to establish liability in a case of this type, and no such testimony has been disclosed, there can be no issue as to any material fact and Bridgestone Americas is entitled to judgment as a matter of law.

DATED this 10th day of May, 2019.

/s/ Robert Tonn

Colin Smith (*pro hac vice*)
Robert Tonn (*pro hac vice*)
HOLLAND & KNIGHT LLP
131 South Dearborn Street
30th Floor
Chicago, IL  60603
312-263-3600
312-578-6666 (Fax)

J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068
307-632-0554
307-635-4502 (Fax)

#67657467_v1

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **Defendant Bridgestone Americas' Motion for Summary Judgment** was filed electronically through the CM/ECF system on this 10th day of May, 2019 and thereby served upon the following:

| | |
|---|---|
| Noah W. Drew<br>The Spence Law Firm, LLC<br>15 South Jackson Street<br>P.O. Box 548<br>Jackson, WY 83001<br>drew@spencelawyers.com | David J. Schaller<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>schaller@wtotrial.com |
| Tim Semelroth<br>RSH Legal, P.C.<br>425 2nd Street, Suite 1140<br>Cedar Rapids, IA 52401<br>tsemelroth@fightingforfairness.com | David E. Shields<br>Williams, Porter, Day & Neville, P.C.<br>159 N. Wolcott Street, Suite 400<br>Casper, WY 82601<br>dshields@wpdn.net |

                                         */s/ Robert E. Tonn*